UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WORLD PRECISION INSTRUMENTS, INC.,
a Florida Corporation

         Plaintiff,

vs.

MARK BRODERICK, DISCOVERY
TECHNOLOGY INTERNATIONAL, LLP,
DISCOVERY TECHNOLOGY
INTERNATIONAL, INC., ALEXANDER
RAPHALOVITZ and ROBERT JACKSON,

         Defendants.
_____/

## JOINT MOTION FOR LEAVE TO BRING LAPTOP COMPUTERS INTO COURTROOM FOR HEARING

Pursuant to Middle District Local Rule 4.11(b), WORLD PRECISION INSTRUMENTS, INC. ("WPI") and Defendants, MARK BRODERICK, DISCOVERY TECHNOLOGY INTERNATIONAL, LLP, DISCOVERY TECHNOLOGY INTERNATIONAL, INC., ALEXANDER RAPHALOVITZ and ROBERT JACKSON (collectively, "Defendants), by and through their undersigned counsel, respectfully request the entry of an order permitting both parties to bring certain computer and technical equipment into the courtroom during the hearing on December 18, 2006. The grounds for this motion are as follows:

    1.    This action is scheduled for evidentiary hearing on December 18, 2006, at 9:00 a.m., before the Honorable Steven D. Merryday.

{TP254234;1}

2. Both parties would like to bring into the courtroom laptop computers that have stored databases of categorized or imaged exhibits and deposition testimony. The Parties believe that the availability of laptop computers in the courtroom which can access available courtroom technology will enable an efficient and clear display of the exhibits to the Court and enable counsel to quickly access exhibits. It is believed that such a display to the Court will be beneficial to an understanding of the issues and evidence.

3. The specific individuals who would physically bring in such equipment for WPI with the Court's approval may include the following:

(1) Charles F. Ketchey, Attorney; or

(2) Gail C. Jolly, Paralegal

4. The specific individuals who would physically bring in such equipment for Defendants with the Court's approval may include the following:

(1) John S. Jaffer, Attorney

(2) Douglas A. Cherry, Attorney

(3) Clyde H. Wilson, Jr., Attorney

5. Parties recognize that the computer equipment must be used professionally to avoid distractions to the Court.

### MEMORANDUM

Local Rule 4.11(b) provides that computer equipment may not be brought into a courtroom in the Middle District of Florida without approval by the judicial officer before whom the case is pending. Parties understand and appreciate the security considerations at the United States District Court. However, Parties believe that the use of computers will

enable evidence and issues in this case to be properly and efficiently displayed to the Court. Accordingly, Parties respectfully request entry of an order permitting computer equipment into the Courthouse during the evidentiary hearing of this action.

### CERTIFICATE OF COUNSEL

Pursuant to Rule 3.01(g) of the Rules of this Court, the parties have conferred about this motion and counsel for both parties have agreed to file this joint motion.

/s/ Charles F. Ketchey, Jr.
Charles F. Ketchey, Jr., FBN 0181735
charles.ketchey@akerman.com
Suzette M. Marteny, FBN 0668591
suzi.marteny@akerman.com
AKERMAN SENTERFITT
SunTrust Financial Centre
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
*Attorneys for WPI, Inc.*

and

/s/ John S. Jaffer
Wilson Jaffer, P.A.
John S. Jaffer, FBN 188031
27 S. Orange Ave., Suite 1
Sarasota, FL 34236
Telephone: 941-955-5800
Fax: 941-955-7353
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __13th__ day of December, 2006, I electronically filed the foregoing *Joint Motion for Leave to Bring Laptop Computers Into Courtroom For Hearing* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel for Defendants: John S. Jaffer, Esquire, and Douglas A. Cherry, Esq., Wilson Jaffer, P.A., 27 South Orange Avenue, Suite One, Sarasota, Florida 34236.

                                                      /s/ Charles F. Ketchey, Jr.
                                                      Attorney